# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Red iPhone as further described in Attachment A-2 | )<br>)<br>)<br>)     Case No.  20-MJ-4090-DHH<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Red iPhone, as further described in Attachment A-2, attached hereto and incorporated by reference

located in the _____ District of _____ Massachusetts _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec. 846 | Attempted distribution/possession with intent to distribute controlled substances |
| 21 U.S.C. Sec. 846 | Conspiracy to distribute/possess with intent to distribute controlled substances |

The application is based on these facts:
See Affidavit of Michael Patterson, DEA Task Force Officer, attached hereto and incorporated by reference

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael Patterson, DEA TFO
*Printed name and title*

Sworn to before me telephonically.

Date:  **May 21, 2020**                              _____
*Judge's signature*

City and state:     Worcester, Massachusetts          Chief Magistrate Judge David H. Hennessy
*Printed name and title*

## ATTACHMENT A-2

### Items to Be Searched

The item to be searched is the following cellular telephone found in the center console of the black Suburban occupied by Christopher HERNANDEZ ("HERNANDEZ") and Anthony CORCINO ("CORCINO") on May 19, 2020, and presently in the custody of the DEA in the District of Massachusetts.

## EXHIBIT N-3

A red iPhone located on in the center console of the black Suburban on May 19, 2020, and claimed by HERNANDEZ (labeled N-3).



**ATTACHMENT B**

**Items to be Searched and Seized**

I.      All records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of 21 U.S.C. §§ 841(a)(1) and 846 including those related to:

1.  Cellular telephones, and all names, words, telephone numbers, email addresses, time/date information, messages or other electronic data relating to or referencing drug trafficking and/or referencing individuals engaged in drug trafficking located in the equipment of the cellular telephones described in Attachments A-1, A-2, and A-3, including but not limited to:

    a.      Names and contact information that have been programmed into the devices (including but not limited to contacts lists) of individuals who may be engaged in drug trafficking;

    b.      Logs of calls (including last numbers dialed, last calls received, time of calls, missed calls, and duration of calls) both to and from the devices;

    c.      Text messages both sent to and received by the devices (including any in draft form) relating to or referencing drug trafficking and/or referencing individuals engaged in drug trafficking;

    d.      Incoming and outgoing voice mail messages both to and from the devices relating to or referencing drug trafficking or individuals engaged in drug trafficking;

    e.      GPS data;

    f.      Browser messages and/or internet communications (e.g., e-mail, text messages) both to and from the devices (including any in draft form)

4

relating to or referencing drug trafficking or individuals engaged in drug trafficking;

g.    Documents, photographs, or videos in any format, including but not limited to Microsoft Word or Adobe PDF files, relating to or referencing drug trafficking or individuals engaged in drug trafficking;

h.    All data within the devices evidencing ownership, possession, custody, control, or use of the devices; and

i.    Service Provider handset unlock password(s) and any other passwords used to access the electronic data described above.

2.    For any hardware, software, mobile phones, or storage media called for by this warrant or that might contain things otherwise called for by this warrant (the "equipment"):

a.  evidence of who used, owned, or controlled the computer equipment;

b.  evidence of the presence or absence of malicious software that would allow others to control the items, and evidence of the presence or absence of security software designed to detect malicious software;

c.  evidence of the attachment of other computer hardware or storage media;

d.  evidence of counter-forensic programs and associated data that are designed to eliminate data;

e.  evidence of when the computer equipment was used;

f.  passwords, encryption keys, and other access devices that may be necessary to access the computer equipment;

g.  records and tangible objects pertaining to accounts held with companies

5

providing Internet access or remote storage.

## Definitions

For the purpose of this warrant:

A.    "Equipment" means any hardware, software, storage media, and data.

B.    "Hardware" means any electronic device capable of data processing (such as a cellular telephone or smartphone, wireless communication device, or GPS navigation device); any peripheral input/output device (such as a drive intended for removable storage media); any related communication device (such as a SIM card), and any security device, (such as electronic data security hardware and physical locks and keys).

C.    "Software" means any program, program code, information or data stored in any form (such as an operating system, application, utility, communication and data security software; a log, history or backup file; an encryption code; a user name; or a password), whether stored deliberately, inadvertently, or automatically.

D.    "Storage media" means any media capable of collecting, storing, retrieving, or transmitting data (such as a hard drive or memory card).

E.    "Data" means all information stored on storage media of any form in any storage format and for any purpose.

F.    "A record" is any communication, representation, information or data. A "record" may be comprised of letters, numbers, pictures, sounds or symbols.

**RETURN OF SEIZED EQUIPMENT**

If the owner of the seized equipment requests that it be returned, the government will attempt to do so, under the terms set forth below.  If, after inspecting the seized equipment, the government determines that some or all of this equipment does not contain contraband or the passwords, account information, or personally-identifying information of victims, and the original is no longer necessary to retrieve and preserve as evidence, fruits or instrumentalities of a crime, the equipment will be returned within a reasonable time, if the party seeking return will stipulate to a forensic copy's authenticity (but not necessarily relevancy or admissibility) for evidentiary purposes.

If seized equipment cannot be returned, agents will make available to the system's owner, within a reasonable time period after the execution of the warrant, copies of files that do not contain or constitute contraband; passwords, account information, or personally-identifying information of victims; or the fruits or instrumentalities of crime.

For purposes of authentication at trial, the Government is authorized to retain a digital copy of all equipment seized pursuant to this warrant for as long as is necessary for authentication purposes.